IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kriegler, Keith | Case Number: 07 B 23896 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 7/29/08 | Filed: 12/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  May 12, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 187.00 |
| Trustee Fee: |  | 13.00 |
| Other Funds: |  | 0.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Horowitz & Weinstein | Administrative | 1,626.00 | 187.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 3. | River Walk Townhomes Condo Association | Secured | 2,558.00 | 0.00 |
| 4. | Volkswagon Credit | Secured | 5,000.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 4,883.78 | 0.00 |
| 6. | Internal Revenue Service | Priority | 22,340.94 | 0.00 |
| 7. | Lori Phillips | Priority | 60,814.60 | 0.00 |
| 8. | Chase Home Finance | Unsecured | 0.00 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 391.80 | 0.00 |
| 10. | American Express Travel Relate | Unsecured | 13,216.28 | 0.00 |
| 11. | Capital One | Unsecured | 15,616.59 | 0.00 |
| 12. | River Walk Townhomes Condo Association | Unsecured | 0.39 | 0.00 |
| 13. | Capital One | Unsecured | 13,757.10 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 636.98 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 575.92 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 14,607.07 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 340.00 | 0.00 |
| 18. | Discover Financial Services | Unsecured | 5,255.49 | 0.00 |
| 19. | American Express Centurion | Unsecured | 9,973.67 | 0.00 |
| 20. | Verizon Wireless Midwest | Unsecured | 289.99 | 0.00 |
| 21. | Capital One | Unsecured | 904.49 | 0.00 |
| 22. | Zane Smith & Associates | Unsecured | 2,218.01 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 590.26 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 573.70 | 0.00 |
| 25. | FDS Bank - Bloomingdales | Unsecured | 2,708.33 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kriegler, Keith | | Case Number: 07 B 23896 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 7/29/08 | | Filed: 12/19/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Internal Revenue Service | Priority | | No Claim Filed |
| 27. | American Express Travel Relate | Unsecured | | No Claim Filed |
| 28. | American Express | Unsecured | | No Claim Filed |
| 29. | Bank Of America | Unsecured | | No Claim Filed |
| 30. | Freedom Capital | Unsecured | | No Claim Filed |
| 31. | Court Square Leasing | Unsecured | | No Claim Filed |
| 32. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 33. | East Bank Club | Unsecured | | No Claim Filed |
| 34. | Lincoln Park Dtl Spec, Ltd | Unsecured | | No Claim Filed |
| 35. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 36. | Zane Smith & Associates | Unsecured | | No Claim Filed |

$ 178,879.39     $ 187.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.00 |

$ 13.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

